UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Qudian Inc. Securities Litigation | Master File No. 1:17-cv-09741-RA |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Attached hereto are Affidavits of Service confirming service of (i) Summons; (ii) Class Action Complaint; and (iii) supporting documents for the above-captioned action.

Respectfully submitted,

Dated: September 23, 2019    **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Jonathan M. Rotter*
Joseph D. Cohen
Jonathan M. Rotter
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
jcohen@glancylaw.com
jrotter@glancylaw.com

**JACK I. ZWICK**
Jack I. Zwick (JZ-2514)
225 Broadway, Suite 1440
New York, New York 10007
Telephone: (212) 385-1900
Facsimile: (212) 385-1911
jack@zwickfirm.com

*Co-Lead Counsel for the Plaintiffs and the Class*

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | 证券纠纷 | 案　号 | （2019）最高法协外送 392 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 | | |
| 受送达人 | 罗敏(Min Luo) | | |
| 送达地址 | 北京市朝阳区大屯绿歌（Lvge）工业区 1 栋 15 楼,由 Qudian Inc 转交(c/o Qudian Inc.,15/F LVGE Industrial Building,1 Datun,Chaoyang District,Beijing,100012) | | |
| 受送达人签名或盖章 | | | 年　　月　　日 |
| 代收人 | 李新刚 13028319921 01065632 15510922320 | | |
| 代收理由 | 公司搬离此示,获授权领取　2019年 6月 5日 | | |
| 未能送达理由 | | | |
| 备　考 | | | |

填发人　杜鹃　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2018– SXS –1026

☒ **1. 文书已予送达\***
that the document has been served *
que la demande a été exécutée*

| 一 日期: <br> the (date) / le (date) | Jun.5,2019. |
|---|---|
| 一 地点（城镇、街、号）: <br> at (place, street, number) / à (localité, rue, numéro) | Floor 15, Building 1, Lvge Industrial Area, Chaoyang District, Beijing, China. |

一 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante* :
———

☐ c) 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明: <br> Identity and description of person: <br> Identité et qualité de la personne : | Unable to distinguish |
|---|---|
| 与受送达人的关系（家庭、业务及其他）: <br> Relationship to the addressee (family, business or other): <br> Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The Representative |

☐ **2. 由于下列事实文书未能送达：\***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

———

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| 退还的文书: <br> Documents returned: <br> Pièces renvoyées : | ——— |
|---|---|
| 适当时，确认送达的文书: <br> In appropriate cases, documents establishing the service: <br> Le cas échéant, les documents justificatifs de l'exécution : | ——— |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）Beijing <br> Done at / Fait à | 签名和（或）盖章 <br> Signature and/or stamp / Signature et / ou cachet <br> ——— |
|---|---|
| 日期 Aug.28,2019. <br> the / le | |

18-628

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | 证券纠纷 | 案　号 | （2019）最高法协外送402号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各1份 | | |
| 受送达人 | 曹毅(Yi Cao) | | |
| 送达地址 | 北京市朝阳区大屯绿歌（Lvge）工业区1栋15楼,由Qudian Inc 转交(c/o Qudian Inc.,15/F LVGE Industrial Building,1 Datun,Chaoyang District,Beijing,100012) | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人 | 李雅如 13027379920/65632  15510922320 | | |
| 代收理由 | 公司投资者北京, 获授权领取 | | 2019年 6月 5日 |
| 未能送达理由 | | | |
| 备　　考 | | | |

填发人　杜鹃　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2018– SXS –1028

☒ 1. 文书已予送达*
that the document has been served *
que la demande a été exécutée*

| | |
|---|---|
| 一 日期：<br>the (date) / le (date) : | Jun.5,2019. |
| 一 地点（城镇、街、号）：<br>at (place, street, number) / à (localité, rue, numéro) : | Floor 15, Building 1, Lvge Industrial Area, Chaoyang District, Beijing, China. |

一 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante* :
_____

☐ c) 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| 收件人身份和说明：<br>Identity and description of person:<br>Identité et qualité de la personne : | Unable to distinguish |
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The Representative |

☐ 2. 由于下列事实文书未能送达：*
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| | |
|---|---|
| 退还的文书：<br>Documents returned:<br>Pièces renvoyées : | _____ |
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

*适当时
if appropriate / s'il y a lieu

| | |
|---|---|
| 制于（地点）Beijing<br>Done at / Fait à | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br>_____ |
| 日期 Aug.28,2019.<br>the / le | |

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | 证券纠纷 | 案　　号 | （2019）最高法协外送 405 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 | | |
| 受 送 达 人 | 李世磊(Shilei Li) | | |
| 送 达 地 址 | 北京市朝阳区大屯绿歌（Lvge）工业区 1 栋 15 楼，由 Qudian Inc 转交(c/o Qudian Inc.,15/F LVGE Industrial Building,1 Datun,Chaoyang District,Beijing,100012) | | |
| 受送达人<br>签名或盖章 | | 年　　月　　日 | |
| 代 收 人 | 李秋顺 13028319921016832    15510922520 | | |
| 代收理由 | 公司接待北小，获授权领取　　2019年 6月 5日 | | |
| 未能送<br>达理由 | | | |
| 备　　考 | | | |

填发人　杜鹃　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2018- SXS -1022

☒ 1. 文书已予送达*
   that the document has been served*
   que la demande a été exécutée*

| 一 日期:<br>the (date) / le (date): | Jun.5,2019. |
|---|---|
| 一 地点（城镇、街、号）：<br>at (place, street, number) / à (localité, rue, numéro): | Floor 15, Building 1, Lvge Industrial Area, Chaoyang District, Beijing, China. |

一 采用的第五条所规定的送达方法为：
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) 依公约第五条第一款第（一）项的规定。*
   in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
   selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 依下述特定方法*
   in accordance with the following particular method*:
   selon la forme particulière suivante* :
   _____

☐ c) 交付给自愿接受的收件人。*
   by delivery to the addressee, if he accepts it voluntarily*
   par remise simple*

请求书中所列文书已交付给：
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明:<br>Identity and description of person:<br>Identité et qualité de la personne : | Unable to distinguish |
|---|---|
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The Representative |

☐ 2. 由于下列事实文书未能送达：*
   that the document has not been served, by reason of the following facts*:
   que la demande n'a pas été exécutée, en raison des faits suivants* :

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
   In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| 退还的文书:<br>Documents returned:<br>Pièces renvoyées : | _____ |
|---|---|
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）Beijing<br>Done at / Fait à | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br><br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |
|---|---|
| 日期 Aug.28,2019.<br>the / le | |

18-1024

# 北京市高级人民法院
# 送 达 回 证

| 案　　由 | 证券纠纷 | 案　　号 | （2019）最高法协外送 391 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 | | |
| 受送达人 | 杨家康(Carl Yeung) | | |
| 送达地址 | 北京市朝阳区大屯绿歌（Lvge）工业区 1 栋 15 楼,由 Qudian Inc 转交(c/o Qudian Inc.,15/F LVGE Industrial Building,1 Datun,Chaoyang District,Beijing,100012) | | |
| 受送达人签名或盖章 | | | 年　　月　　日 |
| 代 收 人 | 查雅习 13028319921/0165682　15519223220 | | |
| 代收理由 | 公司指定邮收,获授权领取 | | 2019年 6 月 5 日 |
| 未能送达理由 | | | |
| 备　　考 | | | |

填发人　杜鹃　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2018– SXS –1027

☒ **1. 文书已予送达***
that the document has been served *
que la demande a été exécutée*

| 一 日期:<br>the (date) / le (date) | Jun.5,2019. |
|---|---|
| 一 地点（城镇、街、号）：<br>at (place, street, number) / à (localité, rue, numéro) | Floor 15, Building 1, Lvge Industrial Area, Chaoyang District, Beijing, China. |

一 采用的第五条所规定的送达方法为：
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 依下述特定方法*
in accordance with the following particular method*:
selon la forme particulière suivante* :
———

☐ c) 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

请求书中所列文书已交付给：
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明：<br>Identity and description of person:<br>Identité et qualité de la personne : | Unable to distinguish |
|---|---|
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The Representative |

☐ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants* :

———

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附：
Annexes / Annexes

| 退还的文书：<br>Documents returned:<br>Pièces renvoyées : | ——— |
|---|---|
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | ——— |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）Beijing<br>Done at / Fait à | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet<br>[Seal: 中华人民共和国司法部 民商事司法协助专用章] |
|---|---|
| 日期 Aug.28,2019.<br>the / le | |

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | 证券纠纷 | 案　　号 | （2019）最高法协外送404号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各1份 | | |
| 受送达人 | 杜力(Li Du) | | |
| 送达地址 | 北京市朝阳区大屯绿歌（Lvge）工业区1栋15楼，由Qudian Inc 转交(c/o Qudian Inc.,15/F LVGE Industrial Building,1 Datun,Chaoyang District,Beijing,100012) | | |
| 受送达人签名或盖章 | | | 年　　月　　日 |
| 代收人 | 孟秋丽 13028319210/65602 15510923320 | | |
| 代收理由 | 公司授意代办，获授权签收 | | 2019年6月5日 |
| 未能送达理由 | | | |
| 备　　考 | | | |

填发人　杜鹃　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2018– SXS –1023

☒ 1. 文书已予送达*
  that the document has been served *
  que la demande a été exécutée*

| 一 日期:<br>the (date) / le (date) : | Jun.5,2019. |
|---|---|
| 一 地点（城镇、街、号）:<br>at (place, street, number) / à (localité, rue, numéro) : | Floor 15, Building 1, Lvge Industrial Area, Chaoyang District, Beijing, China. |

| 一 采用的第五条所规定的送达方法为:<br>in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : |
|---|
| ☐ a) 依公约第五条第一款第（一）项的规定。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ b) 依下述特定方法*<br>in accordance with the following particular method*:<br>selon la forme particulière suivante* :<br>———— |
| ☐ c) 交付给自愿接受的收件人。*<br>by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明:<br>Identity and description of person:<br>Identité et qualité de la personne : | Unable to distinguish |
|---|---|
| 与受送达人的关系（家庭、业务及其他）:<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The Representative |

☐ 2. 由于下列事实文书未能送达：*
  that the document has not been served, by reason of the following facts*:
  que la demande n'a pas été exécutée, en raison des faits suivants* :

————

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附:
Annexes / Annexes

| 退还的文书:<br>Documents returned:<br>Pièces renvoyées : | ———— |
|---|---|
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | ———— |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）Beijing<br>Done at / Fait à | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet |
|---|---|
| 日期 Aug.28,2019.<br>the / le | 中华人民共和国<br>司法部<br>民商事司法协助专用章 |

18-1024

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | 证券纠纷 | 案　号 | （2019）最高法协外送 394 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 | | |
| 受 送 达 人 | 朱超(Chao Zhu) | | |
| 送 达 地 址 | 北京市朝阳区大屯绿歌（Lvge）工业区 1 栋 15 楼,由 Qudian Inc 转交(c/o Qudian Inc.,15/F LVGE Industrial Building,1 Datun,Chaoyang District,Beijing,100012) | | |
| 受送达人签名或盖章 | | | 　年　　月　　日 |
| 代 收 人 代收理由 | 李雅韵 13028319921/015682 15510922320 公司搬离此办，获授权领取  2019年 6月 5日 | | |
| 未能送达理由 | | | |
| 备　　考 | | | |

填发人　杜鹃　　　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五 一条的规定办理；送达民事、行政诉讼
文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
由。

# 证明书
## CERTIFICATE
### *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

2018– SXS –1024

☒ 1. 文书已予送达*
   that the document has been served *
   *que la demande a été exécutée**

| 一 日期: <br> the (date) / *le (date)* : | Jun.5,2019. |
|---|---|
| 一 地点（城镇、街、号）: <br> at (place, street, number) / *à (localité, rue, numéro)* : | Floor 15, Building 1, Lvge Industrial Area, Chaoyang District, Beijing, China. |

一 采用的第五条所规定的送达方法为:
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ a) 依公约第五条第一款第（一）项的规定。*
   in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
   *selon les formes légales (article 5, alinéa premier, lettre a)**

☐ b) 依下述特定方法*
   in accordance with the following particular method*:
   *selon la forme particulière suivante* :
   ———

☐ c) 交付给自愿接受的收件人。*
   by delivery to the addressee, if he accepts it voluntarily*
   *par remise simple**

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明: <br> Identity and description of person: <br> *Identité et qualité de la personne* : | Unable to distinguish |
|---|---|
| 与受送达人的关系（家庭、业务及其他）： <br> Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | The Representative |

☐ 2. 由于下列事实文书未能送达：*
   that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants* :

———

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
   In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
   *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

附：
Annexes / *Annexes*

| 退还的文书: <br> Documents returned: <br> *Pièces renvoyées* : | ——— |
|---|---|
| 适当时，确认送达的文书： <br> In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l'exécution* : | ——— |

*适当时
if appropriate / *s'il y a lieu*

| 制于（地点）Beijing <br> Done at / *Fait à* <br><br> 日期 Aug.28,2019. <br> the / *le* | 签名和（或）盖章 <br> Signature and/or stamp / *Signature et / ou cachet* <br> [seal: 中华人民共和国 司法部 民商事司法协助专用] |
|---|---|

# 北京市高级人民法院
## 送 达 回 证

| 案　　由 | 证券纠纷 | 案　　号 | （2019）最高法协外送 393 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要：法院函、传票、证据及译文等各 1 份 ||||
| 受 送 达 人 | 吕连柱(Lianzhu Lv) ||||
| 送 达 地 址 | 北京市朝阳区大屯绿歌（Lvge）工业区 1 栋 15 楼,由 Qudian Inc 转交(c/o Qudian Inc.,15/F LVGE Industrial Building,1 Datun,Chaoyang District,Beijing,100012) ||||
| 受送达人签名或盖章 | | | 年　　　月　　　日 ||
| 代 收 人 | 李硕丽  13028319921016 5682　　15510922320 ||||
| 代 收 理 由 | 公司搬离北京，获授权签取　　2019年 6 月 5 日 ||||
| 未能送达理由 | ||||
| 备　　考 | ||||

填发人　杜鹃　　　　　　　　　　　送达人

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五十一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

2018– SXS –1025

☒ 1. 文书已予送达*
   that the document has been served *
   que la demande a été exécutée*

| 一 日期：<br>the (date) / le (date) | Jun.5,2019. |
|---|---|
| 一 地点（城镇、街、号）：<br>at (place, street, number) / à (localité, rue, numéro) | Floor 15, Building 1, Lvge Industrial Area, Chaoyang District, Beijing, China. |

一 采用的第五条所规定的送达方法为：
in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) 依公约第五条第一款第（一）项的规定。*
   in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
   selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) 依下述特定方法*
   in accordance with the following particular method*:
   selon la forme particulière suivante* :
   ———

☐ c) 交付给自愿接受的收件人。*
   by delivery to the addressee, if he accepts it voluntarily*
   par remise simple*

请求书中所列文书已交付给：
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| 收件人身份和说明：<br>Identity and description of person:<br>Identité et qualité de la personne : | Unable to distinguish |
|---|---|
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | The Representative |

☐ 2. 由于下列事实文书未能送达：*
   that the document has not been served, by reason of the following facts*:
   que la demande n'a pas été exécutée, en raison des faits suivants* :

   ———

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
   In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

附：
Annexes / Annexes

| 退还的文书：<br>Documents returned:<br>Pièces renvoyées : | ——— |
|---|---|
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | ——— |

*适当时
if appropriate / s'il y a lieu

| 制于（地点）Beijing<br>Done at / Fait à | 签名和（或）盖章<br>Signature and/or stamp / Signature et / ou cachet |
|---|---|
| 日期 Aug.28,2019.<br>the / le | |

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 23, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2019.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter