UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Qudian Inc. Securities Litigation | Master File No. 1:17-cv-09741-JMF |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO EFFECTUATE ALTERNATIVE SERVICE

This matter is before the Court on Lead Plaintiffs' Alan B. Hertz and the Alan Hertz Family 2012 Trust and additional plaintiff Darwin Sutanto Motion for Leave to Effectuate Alternative Service of the Second Amended Complaint and Amended Summons on defendants Yifan Li, Rocky Ta-Chen Lee, Tianyu Zhu, Joyful Bliss Limited, Yahui Zhou, and Kunlun Group Limited (collectively, the "Unserved Defendants") pursuant to Federal Rule of Civil Procedure 4(f)(3) . Having reviewed the Motion and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED as unopposed and Plaintiffs may effectuate service on the Unserved Defendants as follows:

1. For (a) Qudian Board Members Yifan Li and Rocky Ta-Chen Lee, (b) Joyful Bliss Limited and its controlling shareholder, Tianyu Zhu (an individual and entity associated with entities already represented by defense counsel in this action), mailing the Amended Summons and Second Amended Complaint via certified mail, return receipt requested, to:

> Yifan Li, Rocky Ta-Chen Lee, Tianyu Zhu and Joyful Bliss Limited
> c/o Stephen P. Blake, Esq.
> Simpson Thacher & Bartlett LLP
> 2475 Hanover Street
> Palo Alto, CA 94304

2. For Qudian Board Members Yifan Li and Rocky Ta-Chen Lee mailing the Amended Summons and Second Amended Complaint via certified mail, return receipt requested, to:

- Yifan Li & Rocky Ta-Chen Lee
  c/o Law Debenture Corporate Services, Inc.
  Qudian Agent for Service of Process
  400 Madison Avenue, 4th Floor,
  New York, NY 10017

3. For the Kunlun Group and its Chairperson, Yahui Zhou, sending the Amended Summons and Second Amended Complaint via Federal Express to:

- Kunlun Group Limited
  Room 1903, 19/F Lee Garden One, 33
  Hysan Avenue, Causeway Bay
  Hong Kong

- Yahui Zhou
  Chairperson, Kunlun Group Limited
  Room 1903, 19/F Lee Garden One, 33
  Hysan Avenue, Causeway Bay
  Hong Kong

- Kunlun Group Limited
  Office 1238 & 1239, Unit 1201-05, 12/F
  China Resources Building, No. 26
  Harbour Road, Wanchai
  Hong Kong

- Yahui Zhou
  Chairperson, Kunlun Group Limited
  Office 1238 & 1239, Unit 1201-05, 12/F
  China Resources Building, No. 26
  Harbour Road, Wanchai
  Hong Kong

And mailing the Amended Summons and Second Amended Complaint via certified mail, return receipt requested, to:

- Yahui Zhou & Kunlun Group Limited
  c/o Kunlun US Inc.
  2100 Geng Road, Suite 210
  Palo Alto, CA 94303

- Yahui Zhou & Kunlun Group Limited
  c/o Ava Juu, Registered Agent for Service of Process for Kunlun US Inc.
  14525 Blue Sky Rd.
  Hacienda Heights, CA 91745

And emailing a copy of the Amended Summons and Second Amended Complaint to Kunlun's Hong Kong "Presentor," Elite Global Secretaries Limited to:

    Joanna.Lau@vistra.com

IT IS SO ORDERED.

Dated: November 26, 2019

                              HONORABLE JESSE M. FURMAN
                              U.S. DISTRICT COURT JUDGE

The Clerk of Court is directed to terminate Docket No. 196.