UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
IN RE:                                                              :          17-CV-9741 (JMF)
                                                                    :
QUDIAN INC. SECURITIES LITIGATION                                   :          ORDER
                                                                    :
------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

    It has come to the Court's attention that, although Docket Nos. 17-CV-9796, 17-CV-9875, and 17-CV-9903 were consolidated with the lead case 17-CV-9741 on March 16, 2018, *see* ECF No. 80, the related cases were not closed. The Clerk of Court is hereby directed to close 17-CV-9796, 17-CV-9875, and 17-CV-9903, and to docket this Order in those cases as well. All future filings should be in 17-CV-9741.

    SO ORDERED.

Dated: August 13, 2020
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge