UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE QUDIAN INC. SECURITIES LITIGATION | Master File No.: 1:17-CV-09741-JMF |

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 228), on April 27, 2021 at 4:00 p.m., before the Honorable Jesse M. Furman, in Courtroom 1105 of the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY 10007, Lead Counsel Glancy Prongay & Murray LLP and Jack I. Zwick, Esq. (collectively, "Lead Counsel"), on behalf of all Plaintiffs' Counsel, will and hereby do move the Court for entry of an Order awarding attorneys fees in the amount of 33⅓% of the Settlement Fund (or $2,833,333, plus interest earned at the same rate as the Settlement Fund) and reimbursement of Litigation Expenses in the total amount of $178,264.22 (comprised of $140,764.22 in out-of-pocket costs incurred by counsel and the aggregate amount of $37,500 for Plaintiffs' costs and expenses directly related to their representation of the Class).[1]

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Jonathan M. Rotter and Jack I. Zwick in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement dated November 13, 2020 (the "Stipulation," ECF No. 227-1).

1

| | |
|---|---|
| Dated: March 23, 2021 | By: */s/ Jonathan M. Rotter*<br>GLANCY PRONGAY & MURRAY LLP<br>Jonathan M. Rotter<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email:  jrotter@glancylaw.com<br><br>Jack I. Zwick (JZ-2514)<br>225 Broadway, Suite 1440<br>New York, New York 10007<br>Telephone: (212) 385-1900<br>Facsimile: (212) 385-1911<br>jack@zwickfirm.com<br><br>*Lead Counsel for Plaintiffs and the Class* |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: March 23, 2021                              *s/ Jonathan M. Rotter*
                                                                    Jonathan M. Rotter